IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ARIZONA

| | |
|---|---|
| Felicia Sallaway and Casey Sallaway, <br><br> Plaintiffs, <br><br> v. <br><br> Ronald Burnes Sr., et al., <br><br> Defendants. | No.: 2:12-cv-01860-PHX-SRB <br><br> **ORDER** |

Having considered the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice, and for good cause appearing,

**IT IS ORDERED** approving the parties' settlement agreement and dismissing this matter with prejudice, with the parties to bear fees and costs as set forth in the parties' settlement agreement.

Dated this 4th day of January, 2013.

_____
Susan R. Bolton
United States District Judge